

GERSON & SCHWARTZ, P.A.

February 6, 2023

**Certified Mail Return Receipt Requested**
**# 7021 1970 0001 8307 8710**

MSC Cruises USA
6750 N. Andrews Avenue
Suite 100
Ft Lauderdale, FL  33309

RE:   Our Client:              Mary Jackson
      Vessel:                  MSC Seascape
      Date of Loss:            December 30, 2022
      Time of Incident:        7:15 p.m.
      Location of Incident:    Deck 8, near Spa

Dear Sir or Madam:

Please be advised that the undersigned represents the above referenced individual, who was injured aboard your vessel which occurred on December 30, 2022. At the time and place referenced herein, our client slipped on Deck 8 due to water. As a result, she sustained a left arm fracture.

Liability for this accident is based on failure to properly maintain the vessel and common areas in a reasonably safe condition and failure to warn. This letter shall serve as my client's notice of intent to file a claim pursuant its passenger ticket contract. Request is made that all future correspondence concerning its claim is directed to the undersigned.

This letter shall also serve as our formal request to provide all shipboard and shore side medical records, bills, reports, medical forms, passenger injury and other witness statements, accident scene photographs and video recordings of this incident and copy of the stateroom account for the entire voyage.

Moreover, please provide a copy of United States Coast Guard Form 2692, together with all other accident and investigative records in your possession.

Request is made that you provide us with this information within (20) days from the date of this letter. Failure to comply with this request within the time stated herein may result in a lawsuit filed against you. A signed Patient Authorization for the Release of Protected Health Information is enclosed.

MSC Cruises USA
February 6, 2023
Page 2

Should you have any questions or comments, kindly notify me at once.

Very Truly Yours,

NICHOLAS I. GERSON

NIG/yr
Enclosure

DocuSign Envelope ID: 342E2A36-B36D-421D-9F0B-2857DBD52E4B

## PATIENT AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

Re:   Name: Mary Jackson

SS#: N/A

D/O/B: May 21 1958

I, Mary Jackson , hereby authorize,

MSC Cruises

and its agents, officers, employees, or business associates, to release the protected health information described below to my attorneys, GERSON & SCHWARTZ, P.A., 1980 Coral Way, Miami, Florida 33145, Telephone # (305) 371-6000, and its agents, officers, or employees, to wit:

Any medical records and bills

This information will be used for representation in a personal injury claim.

This authorization may be revoked by a written, signed and properly dated revocation, delivered to the health care provider or providers named above but, may not be revoked as to the protected health information already released in reliance upon it.

I understand that I may refuse to sign this authorization and that my refusal to sign would not result in a denial of health care by the health care provider or providers named above, or by any other health care provider. This authorization has not been coerced by a health care provider or by any of its business associates. Further, once the information described above has been disclosed pursuant to this authorization, it may be redisclosed to individuals and organizations not subject to federal privacy regulations, such as expert witnesses, litigants, and insurance companies. The information, once disclosed, may be incorporated into a filing with a court of law and thereby become public record.

This authorization will expire five (5) years from the date below.

Dated, this 31st day of January , 2023 .

By: *Mary Jackson*
DocuSigned by:
FDBBE5275561A...
Name: Mary Jackson

Capacity: